IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cr-0002-MEF |
| | ) | |
| MOHAMMAD HAROON JAN | ) | |
| ASIA BIBI MOHAMMAD | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Dismiss the Indictment (Doc. #55) filed on August 3, 2009, it is hereby

ORDERED that the motion is GRANTED and the indictment in this case is DISMISSED.

DONE this the 10th day of August, 2009.

　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE